NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

      **v.**                                    **Case No: 2:13-cr-00106-wks-1**

**EDIN SAKOC**

**TAKE NOTICE** that the above-entitled case has been scheduled at 1:00 p.m. on Monday, August 17, 2015, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a Status Conference.

**Location: Courtroom 542**                                  **JEFFREY S. EATON, Clerk**
**Date of Notice: 8/4/2015**

                                                                               **By /s/Joanne A. Muir**
                                                                               **Deputy Clerk**

**TO:**

Eugenia A. Cowles, AUSA
Jay A. Bauer, SAUSA

David L. McColgin, AFPD
Steven L. Barth, AFPD

**Court Reporter**

**Bosnian Interpreter**